IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-4-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) | |
| CICELY BECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | ORDER TO APPROVE |
| v. ) | SETTLEMENT AGREEMENTS |
| ) | |
| SHAW UNIVERSITY, ET AL., ) | |
| ) | |
| Defendants. ) | |

For good cause shown upon the United States of America's Motion To Approve Settlement Agreements, and the response of Relator Cicely Becker in support of the Settlement Agreements with Defendants Shaw University and Freddy Novelo,

IT IS ORDERED that the proposed Settlement Agreements with Defendants Shaw University and Freddy Novelo are approved based upon a finding that the proposed Settlement Agreements are fair, adequate, and reasonable as required by 31 U.S.C. § 3730(c)(2)(B), and the Settlement Agreements settle and release the intervened claims as set out in the Notice of Election to Intervene In Part dated June 21, 2018 (2012 Department of Education Grant Funds as described);

IT IS ORDERED that the Relator's complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, the Government's Motions for Extension of Time, the

1

Government's Motion to Approve Settlement Agreements and supporting Memorandum, and all Orders of the Court shall be unsealed at this time [see Orders D.E. 35, 38, unsealing future Court filings], and the seal is lifted as to all documents filed in this action except memoranda, including the Government's memoranda filed in support of the Motions for Extension of Time and the Motion For Partial Lifting of Seal, which shall remain under seal, shall not be made public, and shall not be served;

IT IS FURTHER ORDERED that the Court retains jurisdiction regarding the amount of the Relator's share and any attorney's fees if necessary, as the Relator claims entitlement to a share of the proceeds of the settlement amounts and attorney's fees under 31 U.S.C. § 3730(d), and the parties reserve the Relator's share and attorney's fees issues between the Relator, the United States and Defendants at this time.

SO ORDERED this _6_ day of _Nov_, 2018.

*Terrence W. Boyle*
TERRENCE W. BOYLE
Chief United States District Judge